UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT DEE SCRIBNER, JR.<br>Petitioner,<br><br>v.<br><br>MICHAEL DONAHUE, et al.<br>Respondents. | GENERAL DOCKET<br>No. 3:13-mc-0098<br>CHIEF JUDGE HAYNES |

## ORDER

The Court has before it a *pro se* prisoner petition (Docket Entry No. 1) under 28 U.S.C. § 2254, for writ of habeas corpus.

Petitioner is an inmate at the Hardeman County Correctional Facility. He has neglected, however, to either pay the fee required for the filing of the petition ($5.00) or submit a properly completed application to proceed *in forma pauperis*.

Accordingly, the Petitioner is hereby **GRANTED** thirty (30) days from the date of entry of this order on the docket in which to either pay the filing fee of five dollars ($5.00) or submit an application to proceed *in forma pauperis*.

The Clerk is directed to provide the Petitioner with a blank application to proceed *in forma pauperis* and a copy of Administrative Order No. 93.

Petitioner is forewarned that, should he fail to comply with these instructions within the specified period of time, the Court will presume that he is not interested in pursuing this matter and

1

will dismiss the case for want of prosecution. Rule 41(b), Fed.R.Civ.P.

It is so **ORDERED**.

**ENTERED** this the 24th day of October, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court